NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| ARTHUR R. JIRAU, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-393 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Vivian T.
Corvo, Judge.

Arthur R. Jirau, pro se.


PER CURIAM.


        Affirmed.  See Taylor v. State, 702 So. 2d 487 (Fla. 1997); Bizzell v. State,

912 So. 2d 386 (Fla. 2d DCA 2005).



KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.